AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

JO ANN M. LANCIA
V.
HARBORSIDE HEALTHCARE CORPORATION
and MARK TORDOFF

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 05 028 L

TO: (Name and address of Defendant)

HARBORSIDE HEALTHCARE CORPORATION
C/O CORPORATE SERVICE CO.
222 JEFFERSON BOULEVARD
WARWICK, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL D. COLEMAN (#2021)
1050 MAIN STREET
SUITE 22
EAST GREENWICH, RI 02818
(401)885-8887
(401)885-6082 FAX

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 1/28/05

2

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 1-31-05 |
|---|---|
| NAME OF SERVER (PRINT) RICHARD D Bourque | TITLE Fed Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): C/o R/A Corporate ServiceCo 222 Jefferson Blvd Warwick RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-31-05
Date

Richard Bourque
Signature of Server

75 Holburn Ave Cranston RI
Address of Server

Richard A. Bourque
Constable, # 6013

75 HOLBURN AVENUE
CRANSTON RI 02910

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.