UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOANN M. LANCIA | : | |
| | : | |
| VS | : | |
| | : | C.A. 05-028-L |
| HARBORSIDE HEALTHCARE | : | |
| CORPORATION and | : | |
| MARK TORDOFF | : | |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1(a), Defendant Harborside Healthcare Corporation states that it is not a publicly traded company. More than 90% of its shares are owned by Investcorp, which is publicly traded on the Bahrain stock exchange.

HARBORSIDE HEALTHCARE CORPORATION

By its Attorneys,

Stacie B. Collier

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: February 22, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that the Corporate Disclosure Statement of Harborside Healthcare Corporation was served on Michael D. Coleman, Esq., 1050 Main Street, Suite 22, East Greenwich, RI 02818 by first class mail this 22nd day of February, 2005.

5