UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOANN M. LANCIA :
:
VS :
: C.A. 05-028-L
HARBORSIDE HEALTHCARE :
CORPORATION and :
MARK TORDOFF :

**ANSWER OF MARK TORDOFF**

Defendant, Mark Tordoff ("Tordoff" or "Defendant"), hereby answers the Complaint of Jo Ann Lancia ("Plaintiff") as follows:

**FIRST DEFENSE**

**I. JURISDICTION**

1. The allegations in Paragraph 1 state Plaintiff's description of her purported cause of action, as well as conclusions of law, and therefore no responsive pleading is required. To the extent that a responsive pleading is required, such allegations are denied.

**II. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

2. Defendant admits that Plaintiff is female and that she filed a charge alleging sex discrimination with the Rhode Island Commission for Human Rights ("RICHR"). Defendant lacks sufficient information or knowledge regarding the remaining allegations of this Paragraph.

3. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 3, except that it admits that the RICHR issued a Right to Sue Notice to Plaintiff. Defendant has not received a Right to Sue Notice from the Equal Employment Opportunity Commission ("EEOC").

6

**CERTIFICATE OF SERVICE**

I hereby certify that the Answer of Mark Tordoff was served on Michael D. Coleman, Esq., 1050 Main Street, Suite 22, East Greenwich, RI 02818 by first class mail this 2nd day of March, 2005.