**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JO ANN M. LANCIA<br><br>v.<br><br>HARBORSIDE HEALTHCARE CORPORATION and MARK TORDOFF | : | C.A. 05-028-L |

RECEIVED
MAY 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**DISMISSAL STIPULATION**

All claims in this matter shall be dismissed with prejudice, no interest or costs to either party.

| JO ANN M. LANCIA | HARBORSIDE HEALTHCARE CORPORATION AND MARK TORDOFF |
|---|---|
| By her Attorney<br><br>Michael D. Coleman, Esq. #2021<br>Greenwich Village<br>1050 Main Street, Suite 22<br>East Greenwich, RI 02818<br>(401) 885-8887<br>(401) 885-6082 (fax) | By their Attorneys,<br><br>Andrew B. Prescott, RI Bar #3758<br>Stacie Boeniger Collier, RI Bar #6059<br>NIXON PEABODY LLP<br>One Citizens Plaza<br>Providence, RI 02903<br>(401) 454-1000<br>(401) 454-1030 (facsimile) |

Dated: May 27, 2005

Enter: Ronald R. Lagueux
Sr. USDJ 6/1/05

P123675.1